■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHOMARI FORTUNE, Appellant. [893 NYS2d 880]—

Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered October 27, 2006, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court providently exercised its discretion in precluding the defendant from calling a witness at trial to present certain evidence since the only purpose of the evidence

would have been to impeach the credibility of the arresting police officers on a collateral matter (*see People v Alvino*, 71 NY2d 233, 247-248 [1987]; *People v Fowler*, 61 AD3d 698, 698 [2009]; *People v Rendon*, 301 AD2d 665 [2003]; *People v Ragland*, 240 AD2d 598 [1997]).

Contrary to the defendant's contention, the prosecutor's comments during summation did not deprive him of a fair trial, as they were a fair response to the defendant's attack on the credibility of the police witnesses (*see People v Galloway*, 54 NY2d 396 [1981]; *People v Avila*, 69 AD3d 642 [2010]; *People v Robinson*, 63 AD3d 531, 532 [2009]; *People v Barnes*, 33 AD3d 811 [2006]; *People v Vaughn*, 209 AD2d 459 [1994]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Santucci, J.P., Dickerson, Chambers and Sgroi, JJ., concur.